

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0564-23

**WILLIAM SOLOMON LEWIS, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON THE STATE'S MOTION TO DISMISS
### STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTEENTH COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of retaliation. The court of appeals held the evidence was legally insufficient and rendered a judgment of acquittal. *Lewis v. State*, 672 S.W.3d 541 (Tex. App.—Houston [14th Dist.] 2023). The State filed a petition for discretionary review which we granted.

The State has now filed a motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.4, because appellant has escaped from custody. We have

reviewed the State's motion and the evidence and conclude that appellant escaped from custody within the terms of Rule 42.4. TEX. R. APP. P. 42.4 (appellate court must dismiss appeal on State's motion, supported by affidavit, showing that appellant has escaped from custody pending the appeal and has not within ten days voluntarily returned to custody).

We grant the State's motion, dismiss the State's petition for discretionary review, order the court of appeals to withdraw its opinion, and we affirm the judgment of the trial court.

Delivered      July 31, 2024
Publish